**Electronically Filed**
**Supreme Court**
**SCWC-12-0000080**
**23-JUL-2013**
**11:12 AM**

SCWC-12-0000080

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MARK C. KELLBERG, Petitioner/Appellant-Appellant,

vs.

COUNTY OF HAWAIʻI; HAWAIʻI COUNTY BOARD OF APPEALS;
HAWAIʻI COUNTY DEPARTMENT OF PUBLIC WORKS;
WARREN H.W. LEE in his official capacity as Director,
County of Hawaiʻi Department of Public Works,
Respondents-Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000080; CIV. NO. 11-1-0185)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

        Petitioner/Appellant-Appellant's application for writ

of certiorari filed on June 18, 2013, is hereby rejected.

        DATED:  Honolulu, Hawaiʻi, July 23, 2013.

Mark C. Kellberg                    /s/ Mark E. Recktenwald
petitioner pro se
                                    /s/ Paula A. Nakayama
Michael J. Udovic
for respondent County of            /s/ Simeon R. Acoba, Jr.
Hawaiʻi, Hawaiʻi County
Department of Public Works and      /s/ Sabrina S. McKenna
Warren H.W. Lee
                                    /s/ Richard W. Pollack
Renee N.C. Schoen for
respondent Hawaiʻi County Board
of Appeals

